IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ETHAN O'DELL MOODY                                                                              PLAINTIFF

v.                                           NO. 4:12CV00312 JLH

ARKANSAS STATE HIGHWAY &
TRANSPORTATION DEPARTMENT                                                            DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the Arkansas State Highway & Transportation Department on the complaint of Ethan O'Dell Moody. The complaint of Ethan O'Dell Moody is dismissed with prejudice.

IT IS SO ORDERED this 4th day of November, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE