#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS
#### WESTERN DIVISION

ETHAN O'DELL MOODY                                                                                           PLAINTIFF

v.                                          NO. 4:12CV00312 JLH

ARKANSAS STATE HIGHWAY &
TRANSPORTATION DEPARTMENT                                                                        DEFENDANT

### ORDER

The plaintiff's supplemental motion to reconsider is DENIED.  Document #81.

IT IS SO ORDERED this 22nd day of November, 2013.

                                                                                          _____
                                                                                          J. LEON HOLMES
                                                                                          UNITED STATES DISTRICT JUDGE